# EXHIBIT 1



# United States of America
## United States Patent and Trademark Office

# RethinkX

**Reg. No. 7,846,649**

**Registered Jul. 01, 2025**

**Int. Cl.: 41, 42**

**Service Mark**

**Principal Register**

RethinkX, Inc.  (DELAWARE CORPORATION)
RethinkX (NZ) Limited, Chatfield & Co, Floor 7,
57 Symonds Street, Grafton Auckland 1010
NEW ZEALAND

CLASS 41: Educational classes, seminars, and workshops in the fields of new and emerging technologies; training in the fields of new and emerging technologies; education services, namely, providing training in the fields of new and emerging technologies; education services, namely, providing training in the fields of technologies relating to technological information, energy, transport, food, and materials, economics, finance, social systems, governance, government, biology, physics, chemistry, climate change, medicine, healthcare, and urban design; organizing educational events in the fields of new and emerging technologies for educational purposes

CLASS 42: Technological consultancy in relation to research services relating to the fields of new and emerging technologies; scientific research and analysis in the fields of new and emerging technologies; technical data analysis in the fields of new and emerging technologies; creating an on-line community for registered users to form virtual communities and engage in social networking services; computer technology consultancy; scientific research and analysis of new and emerging technologies; scientific research and analysis in the field of technologies relating to technological information, energy, transport, food, and materials, economics, finance, social systems, governance, government, biology, physics, chemistry, climate change, medicine, healthcare, and urban design; technological consultancy in relation to research services relating to the fields of technological information, energy, transport, food, and materials, economics, finance, social systems, governance, government, biology, physics, chemistry, climate change, medicine, healthcare, and urban design; technological and scientific consultancy in the field of energy-saving

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 01-17-2024 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1812293 DATED 06-20-2024, EXPIRES 06-20-2034

SER. NO. 79-405,327, FILED 06-20-2024





Acting Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.