# EXHIBIT 2

Page 1
RethinkX.ai — Healthcare AI Venture Studio
https://www.rethinkx.ai/

**RethinkX.ai**

WORK    ACCESS    FRAUD INFRASTRUCTURE    THINKING    CONTACT    GET IN TOUCH

■ HEALTHCARE AI VENTURE STUDIO

# *Rethinking* government healthcare with AI. From the inside out.

RethinkX.ai is a healthcare AI venture studio. We identify where AI can make government healthcare more powerful and build the infrastructure to make it happen. More revenue reaching the providers who earned it. More improper payments stopped before they leave the system. More care reaching beneficiaries where they actually live.

GET IN TOUCH        Explore our work →

01  **Unlocking revenue providers have already earned**
Government healthcare programs fund chronic care coordination, outcome aligned interventions, and preventive services. Most providers cannot operationally access what is already theirs. We build the AI systems that change that.

02  **Stopping improper payments before they leave the system**
Over $100 billion in improper payments flow through government healthcare programs annually. We are building a real time beneficiary confirmation layer that intercepts them at the source rather than recovering them after the fact.

03  **Extending care to where outcomes are actually shaped**
The most powerful care happens continuously at home. We are building AI infrastructure that lets government healthcare reach beneficiaries between visits and beyond the clinic.

# What we are building

IN DEVELOPMENT

## CareClaimAI

AI powered billing recovery for Chronic Care Management. Designed to put government healthcare reimbursement that

IN DEVELOPMENT

## ACCESS Network

The enrollment and compliance orchestration layer for CMS technology supported chronic

IN DEVELOPMENT

## Verified Claims Infrastructure

A real time beneficiary confirmation layer for government healthcare claims. Stops improper

CONCEPT

## HomeOS

AI powered home engagement infrastructure for government healthcare beneficiaries managing chronic

Captured by FireShot Pro: 21 May 2026, 10:28:56 AM
https://getfireshot.com

reimbursement that independent practices have already earned back into their hands. Automatically and without adding staff.

care. RethinkX.ai manages CMS reporting, facility contracting, and digital health partner integration so providers can participate and get paid.

payments at the source. Protects honest providers. Live demo available at bvci.rethinkx.ai

managing chronic conditions. Built to extend the reach of care beyond the clinic and align with CMS MAHA ELEVATE priorities.

PAYMENT INTEGRITY

# We are building the verification layer government healthcare has always needed.

Over $100 billion in improper payments flow through government healthcare programs every year. The opportunity to stop them exists. What has been missing is a real time confirmation signal from the beneficiary before the payment is made – not after. RethinkX.ai is building that layer. A simple confirmation from the patient. A structural upgrade to how the system protects itself.

**$100B+**
Annual improper payments

**4.2 sec**
Target verification time

**Zero**
New staff required

SEE HOW IT WORKS →     EXPLORE VERIFIED CLAIMS INFRASTRUCTURE →

HOW WE WORK

# We are operators and builders. Here to make government healthcare more powerful.

RethinkX.ai is a venture studio. We identify where AI can unlock new capability inside government healthcare and build the infrastructure to deliver it. We do not consult on opportunities. We build them.

Every product follows the same model. Find the opportunity. Quantify the scale. Build the AI infrastructure that captures it. Validate the model. Scale it across the system.

WE START WITH THE OPPORTUNITY

Every product at RethinkX.ai begins with a specific, quantifiable opportunity inside government healthcare. AI finds the leverage point. We build the system that activates it.

WE BUILD BEFORE WE PITCH

The BVCI Command Center is live at bvci.rethinkx.ai. ACCESS Network infrastructure is in development. CareClaimAI is in development. We demonstrate before we describe.

WE OPERATE INSIDE THE SYSTEM

Government healthcare is complex, regulated, and built for the long term. We build with that reality in mind. CMS compliant from day one. Designed to work with the system and expand what it can do.

"We use AI to make government funded healthcare perform at its full potential. For the providers who deliver care. For the patients who need it. For the system built to fund it."

RETHINKX.AI

## Let's talk about the opportunity.

Fill out the form below and we'll get back to you within 24-48 hours. We review every submission personally.

FIRST NAME *
Jane

LAST NAME
Smith

EMAIL *
jane@company.com

ORGANIZATION
Your practice or organization

I'M INTERESTED IN
Select one...

TELL US MORE
Brief context on your situation...

No spam. Just a real conversation.

SEND MESSAGE

Captured by FireShot Pro: 21 May 2026, 10:28:56 AM
https://getfireshot.com

Page 4
RethinkX.ai — Healthcare AI Venture Studio
https://www.rethinkx.ai/

**RethinkX.ai**       WORK     ACCESS     FRAUD INFRASTRUCTURE     CONTACT          © 2026 RethinkX Technologies

Page 4
RethinkX.ai — Healthcare AI Venture Studio
https://www.rethinkx.ai/

Captured by FireShot Pro: 21 May 2026, 10:28:56 AM
https://getfireshot.com

Howard Weiss | LinkedIn

          Retry for $0



# Howard Weiss · 3rd

Founder, RethinkX.ai · Building AI infrastructure for government funded healthcare.
RethinkX.ai

Miami Beach, Florida, United States  · **Contact info**

**1,378 followers**

Follow     **Message**    More

## About

Government funded healthcare leaves billions on the table every year not because providers don't de-serve the money, and not because CMS doesn't want to stop fraud. It's because the infrastructure re-quired to fix either problem doesn't exist yet. I started RethinkX.ai to build it.  We're a healthcare AI ven-ture studio. We identify specific, structural failures in government-funded healthcare Medicare, ...

 **Top skills**
Artificial Intelligence (AI) · Healthcare · Startups

## Featured

| Link | Media |
|------|-------|