# EXHIBIT 4



25 March 2026

Howard Weiss

By email: Howard@RethinkX.ai

Dear Mr Weiss

**re:      Breach of Trade Mark Rights – RethinkX**

1.  We refer to your email and letter dated 6 March 2026.

2.  We have instructions from our client, and convey them as follows.

3.  Our client does not accept that you have adopted the use of its trademark in good faith.  You refer to it as a "branding concept".  Our client's view is that the **RethinkX** trademark is highly distinctive, a simple web search would have revealed our client's prior use of the mark, and they do not appreciate it being copied.

4.  A search of the United States Patent and Trademark Office database would also have revealed our client's trade mark registration.  We note that you have not filed your own trademark application, which would be normal for any prudent trader when starting a business, presumably because you are well aware that our client's registration would prevent this.

5.  We note that you present **RethinkX** in the same way as our client, with the '**R**' and '**X**' in capital letters, as well as using a logo similar to our client's logo which creates confusion and suggests that you are associated with our client, namely:

| RethinkX.ai logo | RethinkX logo |
|:---:|:---:|
|  |  |

tel : +64 4 566 1024
www.ajpietras.com
PO Box 30-173 Lower Hutt 5040, Level 2, 46-50 Bloomfield Terrace, Lower Hutt, 5010, New Zealand

A J Pietras IP Ltd
Patent & Trade Mark Attorneys
New Zealand & Australia
email : mail@ajpietras.com

6. Our client has a US trade mark registration No. 7,846,660 for the above logo.

7. You state that your adoption of our client's brand is "beginning" with healthcare, implying that you are not limited to this industry.  Our client sees this as a problem now and potentially in the future in other sectors in which our client operates.

8. Your website states that your services are targeted to executives, investors and operators.  That is also our client's audience. The trade channels that you and our client operate in are overlapping regardless of any semantic comparison of our client's registered services and services relating to software.

9. Moreover, it is considered that your services relating to AI implementation and software solutions is in conflict with our client's own activities relating to AI and software in which our client has reputation-based rights.  RethinkX, Inc. has commercially licensed software and other intellectual property to companies for their applied use.

10. Our client has a major upcoming release in which they have invested significant time and effort, which is heavily focused on the healthcare industry.  Your use of **RethinkX** will create confusion with this up-coming release and future products and services in this space.

11. In view of this, our client does not wish to discuss a coexistence agreement. To avoid unnecessary escalation, our client insists that you rebrand and confirm that you will do this in writing without delay.

12. Our client's rights are reserved.


Yours faithfully,

**A.J. PIETRAS IP LIMITED**

Vincent Powell